UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD JOHNSON | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANITA DOUGLAS | : | NO.: 24-585 |
| Defendants | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as Counsel for Plaintiff, Todd Johnson, in this civil action.

McCANN DILLON JAFFE & LAMB, LLC

BY: *Mark Jaffe*
MARK JAFFE, I.D. NO.: 69932
McCann Dillon Jaffe & Lamb, LLC
Two Penn Center, Suite 1110
1500 John F. Kennedy Blvd.
Philadelphia, PA  19102
215-569-8488
mjaffe@mccanninjurylaw.com
Counsel for Plaintiff